| | |
|---|---|
| EDC.002−835sA   Reissued Summons and Notice of Status Conference in an Adversary Proceeding (v.6.08) | USBC,EDCA |

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California, Sacramento Division

### REISSUED SUMMONS AND NOTICE OF STATUS CONFERENCE IN AN ADVERSARY PROCEEDING

| | | |
|---|---|---|
| In re<br><br>Ryan William Edwards<br><br>Debtor(s). | | **Bankruptcy Case No.**<br><br>11-33797 − B − 7 |
| John Adams<br>et al.<br><br>Plaintiff(s),<br><br>v.<br>Ryan William Edwards<br><br>Defendant(s). | | **Adversary Proceeding No.**<br><br>11-02649 − B |

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint that is attached to this summons with the Clerk of the U.S. Bankruptcy Court, 501 I Street, Suite 3−200, Sacramento, California 95814−2322, within 30 days after the date this summons is issued, except that the United States and its officers and agencies shall file a motion or answer within 35 days.

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney (or if the plaintiff is not represented by an attorney, upon the plaintiff) whose name and address is:

| Name and Address of Plaintiff's Attorney: | John Adams<br>4119 Stone Valley Ct<br>Chico, CA 95973 |
|---|---|

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**YOU ARE NOTIFIED** that a status conference in this adversary proceeding will be held as follows:

| Date and Time: | January 25, 2012 at 9:30 a.m. |
|---|---|
| Address: | United States Bankruptcy Court<br>Department B, Courtroom 32, 6th Floor<br>501 I Street<br>Sacramento, CA |

Attorneys of record in the adversary proceeding and unrepresented parties must attend the status conference. You may arrange to attend by telephone by contacting Court Call at 1−866−582−6878 at least 24 hours prior to the status conference.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR DEFAULT MAY BE ENTERED AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date of Issuance:   12/1/11



s/ Wayne Blackwelder, Clerk

EDC 2−835sA (v.6.08) (Continued)

| | |
|---|---|
| In re<br><br>Ryan William Edwards<br><br>　　　　　　　　　　　　　　　Debtor(s). | **Bankruptcy Case No.**<br><br>11−33797 − B − 7 |
| John Adams<br>dba Rent A Shed Franchise, Corp.<br>Kelly Adams<br>dba Rent A Shed Franchise, Corp.<br><br>　　　　　　　　　　　　　　　Plaintiff(s),<br><br>v.<br>Ryan William Edwards<br><br>　　　　　　　　　　　　　　　Defendant(s). | **Adversary Proceeding No.**<br><br>11−02649 − B |

EDC 2-835sA (v.6.08) (Continued)

| | |
|---|---|
| In re<br><br>Ryan William Edwards<br><br>Debtor(s). | **Bankruptcy Case No.**<br><br>11-33797 - B - 7 |
| John Adams<br>et al.<br><br>Plaintiff(s),<br><br>v.<br>Ryan William Edwards<br><br>Defendant(s). | **Adversary Proceeding No.**<br><br>11-02649 - B |

**CERTIFICATION OF SERVICE OF REISSUED SUMMONS AND NOTICE OF STATUS CONFERENCE AND COMPLAINT**

I, the undersigned, certify that I am, and at all times hereinafter mentioned was, not less than 18 years of age and not a party to the above-captioned matter. I further certify that service of the attached Summons and Notice of Status Conference in an Adversary Proceeding and a copy of the complaint was made on _____, by:

\_\_\_ MAIL SERVICE: Regular, first class United States mail, postage fully pre-paid, addressed to:

\_\_\_ PERSONAL SERVICE: By leaving the process with defendant or with an officer or agent of defendant at:

\_\_\_ RESIDENCE SERVICE: By leaving the process with the following adult at:

\_\_\_ PUBLICATION: The defendant was served as follows [describe briefly]:

\_\_\_ STATE LAW: The defendant was served pursuant to the laws of _____, as follows [describe briefly]:

Under penalty of perjury, I declare that the foregoing is true and correct.

_____    _____
Date                                        Signature

Print Name: _____
Business Address: _____
City, State, Zip: _____

EDC 2−835sA (v.6.08)  (Continued)

| | |
|---|---|
| In re<br><br>Ryan William Edwards<br><br>                                    Debtor(s). | **Bankruptcy Case No.**<br><br>11−33797 − B − 7 |
| John Adams<br>dba Rent A Shed Franchise, Corp.<br>Kelly Adams<br>dba Rent A Shed Franchise, Corp.<br><br>                                    Plaintiff(s),<br><br>v.<br>Ryan William Edwards<br><br>                                    Defendant(s). | **Adversary Proceeding No.**<br><br>11−02649 − B |